**Order entered August 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00412-CV

### IN THE INTEREST C.R., A.R., AND C.R., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30093-2016**

## ORDER

Before the Court is appellee's August 2, 2018 motion for an extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellee on August 2, 2018 filed as of the date of this order.

/s/     DAVID EVANS
           JUSTICE